No. A-CV-01-80

COURT OF APPEALS OF THE NAVAJO NATION

April 15, 1980

Lee and Pearl AUSTIN, Appellants.

vs.

Margaret A. BEGAY, Appellee.

ORDER OF DISMISSAL

Andy G. Smith, Esq., Chinle, Navajo Nation (Arizona) for Appellee and Richard George, Esq., Tuba City, Navajo Nation (Arizona) for Appellants.

The appeal in the above entitled matter, filed the 28th day of January, 1980, having been received and considered by the (Acting) Chief Justice pursuant to 7 N.T.C. §801, the Court finds that no proof of service by personal service or by certified mail as required by Rule 6(a) of the Rules of Appellate Procedure was certified upon the documents filed with the Court of Appeals.

The above captioned matter is, therefore, HEREBY DISMISSED.